UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRYAN EDWARD KAYE, | ) |
| Plaintiff, | ) Case No. SACV15-00018 JLS (AJW) |
| v. | ) [Proposed] |
| ROBERT CONKLIN, SR., et al., | ) JUDGMENT |
| Defendants. | ) |

IT IS ADJUDGED that: (1) plaintiff's claims against the City of Anaheim and the Anaheim Police Department are dismissed in their entirety with prejudice; (2) plaintiff's claims against Robert Conklin, Sr. are dismissed without prejudice; (3) plaintiff's claims against the Superior Court of California and the State of California are dismissed without prejudice to their assertion in state court; and (4) plaintiff's claims against Alyson Huber, Alex Hogue, and The People of the State of California are dismissed with prejudice.

DATED: August 14, 2016

JOSEPHINE L. STATON
United States District Judge